**BENJAMIN LEVINE, ESQ.**
111 DUNNELL ROAD
MAPLEWOOD, NEW JERSEY 07040
(973) 639-1315
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHEPITO HILTON** | **HON. PETER G. SHERIDAN, U.S.D.J.** |
| Plaintiff, | |
| | **CASE NO. 04-6420(PGS)** |
| vs. | |
| **CHRISTINE TODD WHITMAN,** et al., | **SCHEDULING ORDER** |
| Defendants. | |

THIS MATTER, having been opened to the Court by way of status conference which was conducted on May 22, 2007; and for good cause shown;

IT IS on this _____ day of _____ , 2007,

ORDERED that the fact discovery end date is August 30, 2007; and it is further

ORDERED that plaintiff's expert report is due no later than September 28, 2007; and it is further

ORDERED that defendant's expert report is due no later than November 12, 2007; and it is further

ORDERED that this matter be listed for a telephone status conference call on August 31, 2007 at 4:00 p.m.; and it is further

ORDERED that Plaintiff's counsel shall initiate said call; and it is further

**ORDERED** that copies of this order shall be served on all counsel of record within

_____ days of the date of this order.

ESTHER SALAS, U.S.M.J.